1162

No. 95–7360. McGAHEE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–7362. JUDY v. CARNAHAN, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–7364. LIGHTFOOT v. BIENVENU, JUDGE, 16TH JUDICIAL DISTRICT, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7367. SCHAMBER v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–7376. HAMAN v. KING ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7386. BERRY v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7409. CROSS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–7425. LINDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–7429. BOWLES v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 95–7447. TURNER v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 95–7475. FINCH v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–7484. REEVES v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7503. GONZALES v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 95–7510. ASHE v. STYLES, SUPERINTENDENT, YANCEY CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied.